**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CLARISSA PICHON, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 5:25-cv-00684-FB |
| PNC BANK, | § § | |
| Defendant. | § § § § | |

## JOINT MOTION TO EXTEND CERTAIN CASE DEADLINES

Plaintiff Clarissa Pichon and Defendant PNC Bank N.A. (collectively "the Parties") file this Joint Motion seeking an extension of the case deadlines as follows:

1.      The parties jointly request a 60-day extension of the discovery deadline from July 10, 2026 to September 11, 2026, and a corresponding extension of the dispositive motion deadline from September 18, 2026 to November 19, 2026.

2.      Additionally, the parties jointly request an extension of the deadlines for expert designations and objections (currently set for August 13, 2026 and September 18, 2026), expert discovery, and *Daubert* motions until ***after*** the ruling on the dispositive motion.

3.      This extension is necessary for several reasons. First, due to the availability of counsel and witnesses, the parties are looking to schedule additional witness depositions through early September 2026. Additionally, adjusting the expert deadlines in this manner will allow the parties to focus on the case merits, fact-witness depositions, and briefing the dispositive motion on the merits before turning to expert disclosures/objections, expert discovery and any related *Daubert* motions and only if necessary after a ruling on the dispositive motion.

4.      The parties anticipate that an extension of the discovery, dispositive motion, and expert deadlines will not disrupt any pretrial deadlines or trial setting, as the Court indicated it will not set this case for trial until dispositive motions have been ruled on. (Dkt. #18).

5.      If any claims remain after dispositive motion(s), the Parties request thirty (30) days after any ruling to meet/confer and submit a scheduling order to cover expert disclosures/objections, expert discovery and any related *Daubert* motions, as well as necessary pretrial deadlines and trial dates.

6.      This Joint Motion was not made to unduly delay court proceedings. Good cause exists for this Joint Motion.

## **PRAYER**

WHEREFORE, the Parties respectfully pray this Honorable Court to grant their Joint Motion to Extend Certain Case Deadlines and enter an order granting a 60-day extension of the discovery and dispositive motion deadlines and an extension of the deadlines for expert designations and objections, expert discovery, and *Daubert* motions until after the ruling on the dispositive motion as herein requested and proposed.

2

326506395v.1

DATED: June 24, 2026

LORNA GRIFFIN LAW OFFICES, PLLC

BY: /s/ *Lorna R. Griffin *with permission**
Lorna R. Griffin
Texas Bar No. 241109947
lgriffin@lgriffinlaw.com
1659 State Hwy 46 W, Ste. 115, #188
New Braunfels, Texas 78132
Telephone: (210) 944-3345

ATTORNEY FOR PLAINTIFF
CLARISSA PICHON

Respectfully submitted,

SEYFARTH SHAW LLP

BY: /s/ *Erin A. Murray*
Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
700 Milam St., Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Erin A. Murray
Texas Bar No. 24109538
emurray@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6759

ATTORNEYS FOR DEFENDANT
PNC BANK N.A.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing instrument was electronically filed on June 24, 2026, with the Clerk of Court using the CM/ECF system.

*Erin A. Murray*
Erin A. Murray

3

326506395v.1